# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2007

Clifford W. Taylor,
Chief Justice

134244

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ANDREW PAUL OSANTOWSKI,
    Defendant-Appellant.

SC: 134244
COA: 264368
Macomb CC: 05-000314-FH

_____/

On order of the Court, the application for leave to appeal the March 8, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties shall address whether, under MCL 777.49a, a threat must *itself* constitute an "act of terrorism," as defined by MCL 750.543b, in order for 100 points to be assessed under OV 20. The parties shall submit supplemental briefs within 42 days of the date of this order addressing this limited issue. The parties should avoid submitting mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2007

_____
Clerk

d1127